Coleman W. Watson, Esq.
WATSON LLP
*Attorneys for Plaintiff, Finnivations LLC*
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| FINNIVATIONS LLC, | § |
| Plaintiff, | § Case No.: 8:17-cv-02790-EAK-MAP |
| vs. | § |
| FIRST FINANCIAL MERCHANT SERVICES, LLC, | § **MOTION FOR CLERK'S DEFAULT** |
| Defendant. | § |

Plaintiff, FINNIVATIONS LLC, pursuant to Fed. R. Civ. P. 55(a), moves for a clerk's default against Defendant, FIRST FINANCIAL MERCHANT SERVICES, LLC, for failure to plead or otherwise defend this action, which Plaintiff served on December 15, 2017.  *See* Doc. 15.

**DATED** on February 19, 2018

                                          Respectfully submitted,

                                          */s/ Coleman Watson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
           docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email: leia@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
FINNIVATIONS, LLC