Coleman W. Watson, Esq.
WATSON LLP
*Attorneys for Plaintiff, Finnivations LLC*
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| FINNIVATIONS LLC, | § |
| Plaintiff, | § Case No.: 8:17-cv-02790-EAK-MAP |
| vs. | § |
| FIRST FINANCIAL MERCHANT SERVICES, LLC, | § **RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendant. | § |

Plaintiff, FINNIVATIONS LLC, responds to the order to show cause entered *sua sponte* by the court, and states as follows:

1. This is a patent infringement case, filed by Plaintiff on November 17, 2017, and served on December 15, 2017. *See* Docs. 1, 15.

2. To date, Plaintiff has filed a certificate of interested persons, Doc. 7, a notice of pendency of other actions, Doc. 9, and a motion for *pro hac vice* appearance of Plaintiff's lead counsel, Docs. 13, 14.

3. Defendant has not yet appeared in this case and was required to serve a

response to the complaint by February 5, 2018.  *See* Docs. 17, 19.

    4.    On February 13, 2018, the court entered an order to show cause as to why this action should not be dismissed for failure to prosecute, given that Defendant did not serve a paper in response to the complaint.  *See* Doc. 18; *see also* M.D. Fla. R. 1.07.

    5.    Plaintiff's failure to move for a clerk's default on February 6, 2018 was an inadvertent docketing oversight, and Plaintiff has now moved for a clerk's default.  *See* Doc. 19.

    6.    Plaintiff will promptly file a motion for final default judgment after the court enters the clerk's default.  *See* M.D. Fla. R. 1.07(b).

**WHEREFORE,** Plaintiff, FINNIVATIONS LLC, respectfully requests the entry of an order discharging the order to show cause.

**DATED** on February 19, 2018

Respectfully submitted,

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email: leia@watsonllp.com
**Ronika J. Carter, Esq.**

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
FINNIVATIONS, LLC