## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FINNAVATIONS LLC,

    Plaintiff,

v.                                            Case No: 8:17-cv-2790-T-17MAP

FIRST FINANCIAL MERCHANT
SERVICES, LLC,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **FIRST FINANCIAL MERCHANT SERVICES, LLC** in Tampa, Florida on the 20th day of February, 2018.

                                                      ELIZABETH M. WARREN, CLERK

                                                      s/LMD, Deputy Clerk

Copies furnished to:

Counsel of Record