Coleman W. Watson, Esq.
WATSON LLP
*Attorneys for Plaintiff, Finnavations LLC*
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| FINNAVATIONS LLC, § § § Plaintiff, § vs. § § FIRST FINANCIAL MERCHANT SERVICES, LLC, § § Defendant. § | Case No.: 8:17-cv-02790-EAK-MAP **UNOPPOSED MOTION TO STAY CASE MANAGEMENT DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff, Finnavations LLC, and Defendant, First Financial Merchant Services LLC, hereby notifies the court that the parties have reached a fully executed agreement that will resolve all pending claims between them.  Accordingly, Finnavations files this unopposed motion for a stay of all pending deadlines, up to and including June 1, 2018, so that the parties may comply with certain agreement terms and submit dismissal papers of this action.  This stay is not sought for the purpose of delay but so that justice may be served.

**WHEREFORE,** Plaintiff, Finnavations LLC, respectfully requests the entry of an

order (i) granting a stay of case management deadlines in this action, including the necessity of filing a motion for final default judgment, pursuant to M.D. Fla. R. 1.07, or (ii) alternatively, entering an order stating that within sixty (60) days of the date of such order, the parties will submit a stipulated form of voluntary dismissal or judgment, or to reopen this action, upon good cause shown.

**DATED** on April 6, 2018

Respectfully submitted,

*/s/ Coleman Watson*

**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email: leia@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
FINNIVATIONS, LLC

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that, pursuant to M.D. Fla. R. 3.01(g), I conferred in good faith with Defendant, First Financial Merchant Services LLC d/b/a Payscape, prior to filing this motion, and Defendant does not oppose the relief requested herein.

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2018, pursuant to Fed. R. Civ. P. 5(d)(3), I filed the foregoing document electronically with this court's CM/ECF system, which will serve an electronic copy of the foregoing document to the counsel of record in this proceeding.

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688