Coleman Watson, Esq.
coleman@watsonllp.com
Leia V. Leitner
leia@watsonllp.com
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

| | |
|---|---|
| FINNAVATIONS LLC, | § § § |
| Plaintiff, | § Case No.: 8:17-cv-02790-EAK-SPF § |
| vs. | § § **NOTICE OF VOLUNTARY** |
| FIRST FINANCIAL MERCHANT SERVICES, LLC D/B/A PAYSCAPE | § **DISMISSAL** § § |
| Defendant. | § § § § |

Plaintiff Finnavations LLC files this Voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Finnavations LLC voluntarily dismisses this action against Defendant First Financial Merchant Services, LLC d/b/a Payscape with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

NOTICE OF SETTLEMENT - 1
Case No.: 8:17-cv-02790-EAK-SPF

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

**DATED** on August 14, 2018

                                                Respectfully submitted,

                                                */s/  Coleman Watson*

                                                **Coleman W. Watson, Esq.**
                                                Florida Bar. No. 0087288
                                                California Bar No. 266015
                                                Georgia Bar No. 317133
                                                New York Bar No. 4850004
                                                Email: coleman@watsonllp.com
                                                                 docketing@watsonllp.com

                                                **WATSON LLP**
                                                189 S. Orange Avenue
                                                Suite 810
                                                Orlando, FL 32801
                                                Tel: (407) 377-6634 / Fax: (407) 377-6688

                                                *Attorneys for Plaintiff,*
                                                FINNAVATIONS LLC

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I filed the foregoing document, pursuant to Fed. R. Civ. P. 5, with this court's CM/ECF system, which will send a notice of filing with the attorneys of record in this action.

                                                */s/ Coleman Watson*
                                                Coleman W. Watson, Esq.

NOTICE OF SETTLEMENT - 2
Case No.: 8:17-cv-02790-EAK-SPF

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688